1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jennifer Milici (*pro hac vice forthcoming*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

Alan Schoenfeld (*pro hac vice forthcoming*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
*alan.schoenfeld@wilmerhale.com*

*Attorneys for Defendants Apple Inc. and
AppleCare Service Company, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CASSANDRA EDWARDS, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>APPLE INC., a California corporation; APPLECARE SERVICE COMPANY, INC., an Arizona corporation,<br><br>          Defendants. | Case No. 5:24-cv-05795-ELK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' FIRST REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND TO MODIFY OTHER CASE DEADLINES**<br><br>**\*\*AS MODIFIED\*\***<br><br>Judge:  The Honorable Eumi K. Lee |

1   Pursuant to Civil Local Rules 6-1(a), 6-1(b), and 6-2, Plaintiff Cassandra Edwards ("Plaintiff")

2   and Defendants Apple Inc. ("Apple") and AppleCare Services, Inc. ("AppleCare Services") (together,

3   "Defendants," and collectively with Plaintiff, the "Parties"), by and through their respective attorneys

4   of record herein and without waiving any rights, claims, or defenses they have in this action, enter into

5   this Stipulation and seek an Order, with reference to the following circumstances:

6   WHEREAS, Plaintiff filed her Complaint on August 23, 2024;

7   WHEREAS, AppleCare Services was served with the Complaint on August 30, 2024;

8   WHEREAS, Apple was served with the Complaint on September 3, 2024;

9   WHEREAS, on August 26, 2024, the Court entered an order setting the deadline to file ADR

10   certification for November 6, 2024; setting the deadline for the Parties to meet and confer pursuant to

11   Fed. R. Civ. P. 26(f) for November 6, 2024; setting the deadline to make initial disclosures for

12   November 20, 2024; setting the deadline for the Parties to submit an initial Joint Case Management

13   Statement for November 20, 2024; and scheduling an Initial Case Management Conference for

14   November 27, 2024 (Dkt. 10);

15   WHEREAS, on August 26, 2024, the Court entered an order resetting the deadline for the

16   Parties to submit an initial Joint Case Management Statement for November 20, 2024, and rescheduling

17   the Initial Case Management Conference for December 4, 2024 (Dkt. 15);

18   WHEREAS, AppleCare Service's deadline to answer or otherwise respond to the Complaint is

19   September 20, 2024;

20   WHEREAS, Apple's deadline to answer or otherwise respond to the Complaint is September

21   24, 2024;

22   WHEREAS, the deadline for Plaintiff to respond to any motion to dismiss by AppleCare

23   Services through an opposition brief is October 4, 2024, and Plaintiff's deadline to respond via an

24   amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) is October 11, 2024;

25

26

27

1

28   No. 5:24-cv-05795-ELK

STIPULATION AND [~~PROPOSED~~]
ORDER TO MODIFY DEADLINES

1    WHEREAS, the deadline for Plaintiff to respond to any motion to dismiss by Apple through an

2    opposition brief is October 8, 2024, and Plaintiff's deadline to respond via an amended complaint as a

3    matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) is October 15, 2024;

4    WHEREAS, the deadline for AppleCare Service's reply in support of any motion to dismiss, if

5    applicable, is October 11, 2024;

6    WHEREAS, the deadline for Apple's reply in support of any motion to dismiss, if applicable,

7    is October 15;

8    WHEREAS, the Parties have met and conferred, and in light of competing deadlines and other

9    scheduling conflicts, and the need for adequate time to brief a motion to dismiss, agree there is good

10   cause to extend the above-mentioned deadlines;

11   WHEREAS, the Parties have agreed to an extension of Defendants' deadline to answer or

12   otherwise respond to the Complaint, up to and including November 6, 2024;

13   WHEREAS, the Parties have agreed to an extension of Plaintiff's deadline to respond to any

14   motion to dismiss through an opposition brief or an amended complaint as a matter of course pursuant

15   to Fed. R. Civ. P. 15(a)(1)(B), up to and including December 6, 2024;

16   WHEREAS, the Parties have agreed to an extension of Defendants' deadline to file a reply in

17   support of any motion to dismiss, if applicable, up to and including December 20, 2024;

18   WHEREAS, the Parties have agreed to an extension of the deadlines to file ADR certification

19   and to meet and confer pursuant to Fed. R. Civ. P. 26(f) to January 15, 2025;

20   WHEREAS, the Parties have agreed to an extension of the deadline to make initial disclosures

21   to 30 days after an order allowing any claim to proceed;

22   WHEREAS, Defendants represent that they intend to file a motion to dismiss and believe that

23   they may move on grounds that could be dispositive of the entire case, the Parties agree the Initial Case

24   Management Conference shall be rescheduled to 21 days after the hearing on Defendants' motion to

25   dismiss, pursuant to Section VI of the Court's Standing Order for Civil Cases; and

26

27

28

No. 5:24-cv-05795-ELK                                  STIPULATION AND [PROPOSED]
                                                       ORDER TO MODIFY DEADLINES

1    WHEREAS, there have been no prior modifications to the schedule in this case that have been

2    requested by the parties.

3    NOW, THEREFORE, the Parties, through their counsel, hereby stipulate and agree that:

4    1.    Defendants shall answer or otherwise respond to the Complaint on or before November

5    6, 2024.

6    2.    Plaintiff shall respond to any motion to dismiss through an opposition brief or an

7    amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before December

8    6, 2024.

9    3.    Defendants shall file a reply in support of any motion to dismiss, if applicable, on or

10   before December 20, 2024.

11   4.    Unless otherwise ordered, the deadline to file ADR certification and to meet and confer

12   pursuant to Fed. R. Civ. P. 26(f) shall be extended to January 15, 2025.

13   5.    Unless otherwise ordered, the deadline to make initial disclosures shall be extended to

14   <span style="color:red">14 days after</span> ~~30 days after~~ an order allowing any claim to proceed.

15   6.    Unless otherwise ordered, the deadline for filing the Joint Case Management Statement

16   shall be extended to 7 days after the hearing on Defendants' motion to dismiss, and the Initial Case

17   Management Conference shall be rescheduled to 21 days after the hearing on Defendants' motion to

18   dismiss.

19   **IT IS SO STIPULATED.**

20

21

22

23

24

25

26

27

28   No. 5:24-cv-05795-ELK

STIPULATION AND [PROPOSED]
ORDER TO MODIFY DEADLINES

1    DATED: September 19, 2024               Respectfully submitted,

2                                        By: */s/ Chris Johnstone* _____

3                                        Chris Johnstone, SBN 242152

4                                        WILMER CUTLER PICKERING HALE
                                          AND DORR LLP

5                                        2600 El Camino Real, Suite 400
                                       Palo Alto, CA 94306

6                                        Telephone: (650) 858-6000
                                       *chris.johnstone@wilmerhale.com*

7

8                                        Jennifer Milici (*pro hac vice forthcoming*)
                                       WILMER CUTLER PICKERING HALE
                                          AND DORR LLP

9                                        2100 Pennsylvania Avenue, NW
                                       Washington, DC 20037

10                                     Telephone: (202) 663-6000

11                                     *jennifer.milici@wilmerhale.com*

12                                     Alan Schoenfeld (*pro hac vice forthcoming*)
                                    WILMER CUTLER PICKERING HALE

13                                     AND DORR LLP

14                                     7 World Trade Center
                                    250 Greenwich Street

15                                     New York, New York 10007
                                    Telephone: (212) 230-8800

16                                     *alan.schoenfeld@wilmerhale.com*

17                                     *Attorneys for Defendants Apple Inc. and*

18                                     *AppleCare Service Company, Inc.*

19
20    DATED: September 19, 2024               Respectfully submitted,

21                                        By: */s/ Aaron Karl Block* _____

22                                        Aaron Karl Block
                                       Max Paul Marks

23                                        THE BLOCK FIRM
                                       309 East Paces Ferry Road

24                                        Suite 400
                                       Atlanta, GA 30305

25                                        (404) 997-8419
                                       *aaron@blockfirmllc.com*

26

27

28    No. 5:24-cv-05795-ELK

STIPULATION AND [~~PROPOSED~~]
ORDER TO MODIFY DEADLINES

Candice L. Fields
CANDICE FIELDS LAW
400 Capitol Mall
Suite 1620
Sacramento, CA 95814
(916) 414-8050
cfields@candicefieldslaw.com

*Attorneys for Plaintiff Cassandra Edwards*

5

STIPULATION AND [PROPOSED]
ORDER TO MODIFY DEADLINES

**[PROPOSED] ORDER**

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT:

The case schedule is amended in accordance with the following dates:

| Event | Current Date | Amended Date |
|---|---|---|
| AppleCare Services' deadline to answer or otherwise respond to the Complaint | September 20, 2024 | November 6, 2024 |
| Apple's deadline to answer or otherwise respond to the Complaint | September 24, 2024 | November 6, 2024 |
| Plaintiff's opposition to any motion to dismiss the Complaint by AppleCare Services | October 4, 2024 | December 6, 2024 |
| Plaintiff's deadline to amend as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) with respect to AppleCare Services | October 11, 2024 | December 6, 2024 |
| Plaintiff's opposition to any motion to dismiss the Complaint by Apple | October 8, 2024 | December 6, 2024 |
| Plaintiff's deadline to amend as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) with respect to Apple | October 15, 2024 | December 6, 2024 |
| AppleCare Services' reply in support of any motion to dismiss the Complaint | October 11, 2024 | December 20, 2024 |
| Apple's reply in support of any motion to dismiss the Complaint | October 15, 2024 | December 20, 2024 |
| Deadline to file ADR Certification | November 6, 2024 | January 15, 2025 |
| Deadline to meet and confer pursuant to Fed. R. Civ. P. 26(f) | November 6, 2024 | January 15, 2025<br><br>14 days after |
| Deadline to make initial disclosures | November 20, 2024 | ~~30 days after~~ an order allowing any claim to proceed |

6

No. 5:24-cv-05795-ELK

| Deadline to file Joint Case Management Statement | November 20, 2024 | 7 days after the hearing on Defendants' motion to dismiss |
| Initial Case Management Conference | December 4, 2024 | 21 days after the hearing on Defendants' motion to dismiss |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated __September 20__, 2024          By: _____

Hon. Eumi K. Lee
United States District Judge

No. 5:24-cv-05795-ELK

STIPULATION AND [PROPOSED]
ORDER TO MODIFY DEADLINES