UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA EDWARDS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-05795-NW<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Re: ECF No. 41 |

    Before the court is plaintiffs' Motion for Appointment as Interim Class Counsel. The Court finds this motion to be premature and **DENIES** it without prejudice.

    Under Federal Rule of Civil Procedure 23(g)(3), a court "may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23. A court should "designate interim counsel during the pre-certification period if necessary to protect the interests of the putative class." *Wang v. OCZ Tech. Grp., Inc.*, No. C 11-01415 PSG, at *4 (N.D. Cal. June 29, 2011).

    At this early stage in the case the "Court sees no potential harm to the interests of the putative class that appointment of interim counsel will remedy." *In re Nissan N. Am., Inc. Litig.*, No. 18-CV-07292-HSG, 2019 WL 4601557, at *2 (N.D. Cal. Sept. 23, 2019). "[C]ourts in this district have been unwilling to appoint interim class counsel" where there are no pending tagalong cases or competing law firms. *In re Seagate Tech. LLC Litig.*, No. 16-CV-00523-RMW, 2016 WL 3401989 (N.D. Cal. June 21, 2016) (collecting cases). This holds especially true where all pending actions have been consolidated into a single case. *See In re Nissan N. Am., Inc. Litig.*, 2019 WL 4601557, at *2; *In re Nest Labs Litig.*, No. 14-cv-01363-BLF, 2014 U.S. Dist. LEXIS 115596 at *4 (N.D. Cal. Aug. 18, 2014); *Letizia v. Facebook Inc.*, No. 16-CV-06232-TEH, 2017

1   WL 1477158, at *3 (N.D. Cal. Apr. 25, 2017).

2         Accordingly, the motion is **DENIED WITHOUT PREJUDICE**. Plaintiffs may renew their motion should circumstances change.

    **IT IS SO ORDERED.**

Dated: April 8, 2025

_____
Noël Wise
United States District Judge