United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARDS, et al.

Plaintiff,

v.

APPLE, INC., et al.,

Defendants.

Case No. 24-cv-05795-NW

**ORDER TO SHOW CAUSE WHY CONSOLIDATED PLAINTIFF EVERETT SCOTT SHOULD NOT BE DISMISSED**

Re: ECF No. 104

Plaintiff Everett Scott's complaint was consolidated as part of this putative class action on October 29, 2024. ECF No. 25. As reflected in the parties joint stipulations seeking a stay of case deadlines and joint case management statements, Plaintiffs Edwards, Frank, and Amsel and Defendants "understand that Plaintiff Scott will be voluntarily dismissing his claims pursuant to Federal Rule of Civil Procedure 41," and Plaintiff Scott's counsel has communicated that intention since at least December, 2025. ECF No. 104 at 10 (citing ECF No. 83 n.1; ECF No. 90 n.1; ECF No. 95 at 9–10). No dismissal has yet been filed.

Plaintiff Scott is ORDERED TO SHOW CAUSE why his claims should not be dismissed. The Court sets a hearing regarding dismissal for Tuesday, November 3, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If Plaintiff Scott opposes the order to show cause, he must file an objection by Monday, October 19, 2026. If no objection is received, the Court will dismiss Plaintiff Scott's claims. Counsel must appear at the hearing in person; no remote appearances will be permitted.

The Court additionally VACATES the October 6, 2026 case management conference. All other case deadlines are maintained.

**IT IS SO ORDERED.**

Dated: September 23, 2026

Noël Wise
United States District Judge