United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARDS, et al.,

Plaintiffs,

v.

APPLE, INC., et al.,

Defendants.

Case No. 24-cv-05795-NW

**ORDER VACATING ORDER TO SHOW CAUSE HEARING; DISMISSING PLAINTIFF EVERETT SCOTT'S CLAIMS WITHOUT PREJUDICE**

Re: ECF No. 105

Plaintiff Everett Scott's complaint was consolidated as part of this putative class action on October 29, 2024. ECF No. 25. As reflected in the parties joint stipulations seeking a stay of case deadlines and joint case management statements, Plaintiffs Edwards, Frank, and Amsel and Defendants "understand that Plaintiff Scott will be voluntarily dismissing his claims pursuant to Federal Rule of Civil Procedure 41," and Plaintiff Scott's counsel has communicated that intention since at least December, 2025. ECF No. 104 at 10 (citing ECF No. 83 n.1; ECF No. 90 n.1; ECF No. 95 at 9–10). On September 23, 2026, no dismissal having been filed, the Court issued an Order to Show Cause why Plaintiff Scott's claims should not be dismissed. ECF No. 105. Objections to dismissal were due October 19, 2026.

No objections having been received, the Court hereby DISMISSES Plaintiff Scott's claims without prejudice. The Court VACATES the hearing set for November 3, 2026.

**IT IS SO ORDERED.**

Dated: October 21, 2026

Noël Wise
United States District Judge